IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00111-MSK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANTONIO ARRIAGA,

        Defendant.

---

ORDER CONTINUING SUPERVISED RELEASE/AMENDING SUPERVISED RELEASE
CONDITIONS AND CONTINUING SENTENCING

---

        THIS MATTER was before the Court for a supervised release violation hearing on January 31, 2012, upon report of the probation officer that the defendant had violated the terms and conditions of his supervision. The defendant admits guilt to alleged violations 1 through 8.

        THE COURT, having heard statements by the defendant, defense counsel, counsel for the government, and the Probation Office, finds the defendant guilty of the violations as alleged. The Court has announced sentencing for such violations is deferred indefinitely. In the event of any further violation, upon notice to defense counsel, the probation officer may set a continued hearing for imposition of sentence.

        FURTHER ORDERED that the defendant's supervision be continued and the terms of the defendant's supervised release are amended to require as conditions that the defendant shall ingest monitored Antabuse if not medically contraindicated and that the defendant shall be restricted to his home each night as instructed by his supervising officer, unless other specific arrangements are made with the supervising probation officer.

        DATED this 6th day of February, 2012.

                                        BY THE COURT:

                                        Marcia S. Krieger
                                        United States District Judge